AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

DAVID TIFFANY,

    Petitioner,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER:  **3:11-CV-00806-LRH-WGC**

ROBERT LEGRAND,

    Respondent.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

    March 1, 2012               **LANCE S. WILSON**
                                                   Clerk

                                                 /s/ D. R. Morgan
                                                   Deputy Clerk